IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-59367-WLH |
| | ) | |
| **EDIFICE GROUP, INC.,** | ) | |
| Debtor. | ) | Chapter 11 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Stan D. Smith and the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., represents Acxiom Corporation ("Acxiom").

The undersigned attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(a) and (b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a). All such notices should be addressed as follows:

Stan D. Smith
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
ssmith@mwlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 9010 of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or served with regard to the above case and the proceedings therein.

1

This request is not intended to and does not constitute a waiver of personal or subject matter jurisdiction or any rights whatsoever that Acxiom has under the Federal Rules of Bankruptcy Procedure or Federal Rules of Civil Procedure, including, but not limited to, Federal Rule of Bankruptcy Procedure 7004 or Federal Rule of Civil Procedure 4.

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8830
ssmith@mwlaw.com

By: /s/ Stan D. Smith
    Stan D. Smith (90117)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 19th day of June, 2017, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Northern District of Georgia which will send notification of such filing to registered parties in interest.

/s/ Stan D. Smith
Stan D. Smith

2

5480770.1